SIGFRIED NATOWITZ, Respondent, v. NIAGARA FALLS MEMORIAL PARK CEMETERY ASSOCIATION, INCORPORATED, Appellant.— Appeal dismissed unless appellant shall file and serve printed records and briefs by December twentieth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

FOSTER A. GILLILAND and Others, Respondents, v. LINCOLN-ALLIANCE BANK AND TRUST COMPANY, Appellant, and KATHERINE S. KLINK, as Administratrix etc., of HAROLD L. KLINK, Deceased, and Others, Defendants.— Motion granted and appeal from order entered May 2, 1931, dismissed, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

BEN LESSEN, Appellant, v. EMILY L. FELT, Respondent. BEN LESSEN, Appellant, v. G. WALTER LINDSEY, Respondent.— Appeal in each case dismissed unless appellant shall file and serve printed records and briefs by December fifteenth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

FREDERICK BIEGER, Respondent, v. ARTHUR L. FLYNN, Appellant.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JAMES P. GLEASON, Respondent, v. GRACE B. O'NEILL and Another, Appellants.— Order of dismissal entered November 5, 1931, vacated upon condition that the appeal be argued or submitted by November eighteenth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CHARLES A. REID, Appellant, v. GAYLORD MERRIMAN, Respondent.— Appeal dismissed, without costs, upon stipulation. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Claim of FREDERICK P. KIMBALL against the Estate of JAMES M. E. O'GRADY, Deceased.— Appeal dismissed, without costs, upon stipulation. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of WILLIAM H. MacLEAN, an Attorney and Counselor at Law.— Motion for a rehearing denied, with leave, however, to either party to present additional evidence bearing upon the merits, the same to be taken before Hon. John B. M. Stephens, official referee, and reported by him to this court at the opening of the January term, to be considered by this court, together with the testimony previously taken upon the merits of the proceeding. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

## FIRST DEPARTMENT, DECEMBER, 1931.

ISIDOR ECKER, Appellant, v. WALTON-MANHATTAN CORPORATION, Respondent.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on May 20, 1931.

Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. All concur, but Martin, J., who dissents.

MARTIN, J. (dissenting). I dissent. The judgment for the defendant on the counterclaim should be reversed and judgment granted for the plaintiff.